*Law Offices of*
*Daniel A. Hochheiser*
Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

August 18, 2022

Via ECF and Email
Hon. Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   USA v. Rafael Grullon 22 MJ 6662
      REQUEST TO MODIFY BAIL CONDITIONS

Your Honor:

I am assigned counsel to Grullon. On August 12, 2022, the Court released Grullon on an Appearance Bond subject to Conditions of Release, including restricting Grullon's travel to SDNY and EDNY. See Additional Conditions of Release ¶7f. Grullon's sister Karina Grullon lives in New Jersey. Grullon seeks modification of his conditions of release to permit visits with his sister at her residence in New Jersey. Accordingly, my client requests that the District of New Jersey be added to ¶7f to permit visits with his sister.

Karina Grullon's New Jersey address has been provided to AUSA Kevin Sullivan and U.S. Pre-Trial Services Officer Shannon Finneran. I have conferred with the Government and Pre-Trial Services and there is **no objection** to this application.

Respectfully submitted,

Daniel A. Hochheiser

Cc:
Shannon_Finneran@nyspt.uscourts.gov
Kevin.sullivan@usdoj.gov

APPLICATION GRANTED

Hon. Judith C. McCarthy    8-19-2022