**MEMO ENDORSED**

# Law Offices of
# Daniel A. Hochheiser
ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

October 3, 2023

**APPLICATION GRANTED**

*[signature]*

Hon. Victoria Reznik, U.S.M.J.

Dated: 10/3/2023

**Via ECF**
Hon. Victoria Resnik
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:  USA v. Rafael Grullon, 22 MJ 6662
     <u>Request to Modify Bail Conditions to Permit Travel to Massachusetts</u>

Your Honor:

    Grullon wishes to take a trip with his wife Damaris from his home in New York City to Extended Stay America, 40 South Ave, Burlington, MA 01803. He and his wife would stay overnight at Extended Stay America. The dates of the trip would be October 28, 2023 to October 29, 2023. He would return home to New York before October 30, 2023.

    On August 12, 2022, Grullon was released on an appearance bond subject to an Order Setting Conditions of Release (ECF 4) which includes ¶7(f) restricting Grullon's travel to SDNY and EDNY. Grullon seeks permission to modify ¶7(f) to include travel to and from Burlington located in the District of Massachusetts (DMA), including permission to travel through the District of Connecticut (DCT) enroute between Grullon's home in New York City and Extended Stay America in Burlington.

    I have conferred with Pre-Trial Services and the Government. There is no objection to this request.

Respectfully submitted,

*[signature]*

Daniel A. Hochheiser

Cc:  AUSA Kevin Sullivan
     U.S. Pre-Trial Services Officer Vanessa Perdomo